## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David A. Ruch a/k/a David Alyn Ruch<br>Kimberley A. Ruch<br>Debtor(s) | BK NO. 22-02252 MJC<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

       Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
28 Nov 2022, 12:32:17, EST


       KML Law Group, P.C.
       BNY Mellon Independence Center
       701 Market Street, Suite 5000
       Philadelphia, PA  19106
       215-627-1322