**Scott Williams**

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Monday, December 05, 2022 2:36 PM |
| **To:** | Scott Williams |
| **Subject:** | U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: David A. Ruch, Case Number: 22-02252, MJC, Ref: [p-186980408] |
| **Attachments:** | R_P42202252309I0055.PDF |

Notice of Returned Mail to Debtor/Debtor's Attorney

December 5, 2022

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: David A. Ruch, Case Number 22-02252, MJC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT:** THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>**U.S. Bankruptcy Court**</u>
<u>**197 S Main St, Wilkes-Barre, PA 18701 OR**</u>
<u>**228 Walnut St, Rm320, Harrisburg, PA 17101**</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

SYNCB/PPC
PO BOX 530975
ORLANDO, FL 32801

THE UPDATED ADDRESS IS:

PO Box 960061
Orlando, FL 32896-0061

_[signed] Scott A Williams_
Signature of Debtor or Debtor's Attorney

12-6-22
Date

1