SCOTT A. WILLIAMS

JOHN A. SMAY

# SCOTT A. WILLIAMS
*ATTORNEY AT LAW*

57 E. FOURTH STREET
P.O. BOX 3
WILLIAMSPORT, PENNSYLVANIA 17703-0003

AREA CODE (570) 323-8568
FAX: AREA CODE (570) 323-1155
E-MAIL: scott@williamsandsmay.com
www.scottalvinwilliams.com

CHARLES SCOTT WILLIAMS
(1906 - 1966)

December 13, 2022

U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

     Re:    David and Kimberley Ruch
              No. 4:22-02252

Dear Sir or Madam:

     Please amend the creditor matrix to correct the address for the following:

     1. SYNSB/PPC, PO BOX 530975, ORLANDO, FL 32801 should be changed to CYNSB/PPC, PO BOX 960061, ORLANDO, FL 32896-0061.

     2. Northwest Consumer Discount, 440 River Avenue, Williamsport, PA 17701 should be changed to Northwest Consumer Discount, 460 River Avenue, Williamsport, PA 17701.

     3. Synchrony Bank, PO Box 956013, Orlando, FL should be changed to Synchrony Bank, PO Box 965064, Orlando, FL 32896-5004.

     4. Citibank/NA, 6900 Beatrice Dr, Kalamazoo, MI 49009-9559 should be changed to Citibank/NA, 6065 Gull road, Kalamazoo, MI 49048.

     Thank you.

Sincerely,

*Scott A. Williams*

Scott A. Williams

SAW/vaf
cc client