United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-02252-MJC |
| David A. Ruch | Chapter 13 |
| Kimberley A. Ruch | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 5 |
| Date Rcvd: Jan 09, 2023 | Form ID: ntcnfhrg | Total Noticed: 87 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David A. Ruch, Kimberley A. Ruch, 319 Summer St., South Williamsport, PA 17702-6793 |
| 5507495 | | ADS/COMENITY/DNTFIRST, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5507496 | | ADS/COMENITY/GANDRMTMC, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5507497 | | ADS/COMNITY/WAYFAIR, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5507507 | + | CITIBANK/NA, 6065 Gull Road, KALAMAZOO, MI 49048-9433 |
| 5507509 | + | COMENITY BOSCOVS, PO BOX 650965, DALLAS, TX 75265-0965 |
| 5507511 | | COMENITY CARTERS CREDIT CARD, PO BOX 650113, DALLAS, TX 75265-0113 |
| 5507549 | | CYNSB/PPC, PO BOX 960061, ORLANDO, FL 32896-0061 |
| 5507513 | | FELDMAN & ASSOCIATES, P.C., 451 HUNGERFORD DRIVE, STE 210, ROCKVILLE, MD 20850-5124 |
| 5507515 | | FREDERIC I. WEINBERG & ASSOCIATES, P.C., 375 E. ELM STREET, STE 210, COSHOHOCKEN, PA 19428-1973 |
| 5508839 | + | First Commonwealth Bank, successor in interest to, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 5508838 | | Fist Commonwealth Bank, successor in interest to, Santander Bank, N.A., McGrath McCall, P.C., Four Gateway Center, Suite 1040 Pittsburgh, PA 15222 |
| 5507517 | + | JERSEY SHORE STATE BANK, 300 MARKET STREET, WILLIAMSPORT, PA 17701-6374 |
| 5507528 | | NAVIENT/SALLIE MAE, 175 SW TEMPLE STE 600, SALT LAKE CITY, UT 84101 |
| 5507529 | | NORDIC TRACK FINANCING, PO BOX 100270, COLUMBIA, SC 29202-3270 |
| 5507531 | + | NORTHWEST CONSUMER DISCOUNT, 460 RIVER AVENUE, WILLIAMSPORT, PA 17701-3723 |
| 5507532 | | OCWEN LOAN SERVICING, 3451 HAMMOND AVENUE, WATERLOO, IA 50702-5345 |
| 5507537 | | REVOC SOLUTIONS, PO BOX 2724, COLUMBUS, OH 43216-2724 |
| 5507539 | | SAMSUNG FINANCING, PO BOX 100114, COLUMBIA, SC 29202-3114 |
| 5507541 | | SANTANDER/CHRYSLER CAP., PO BOX 961212, FORT WORTH, TX 76161-0212 |
| 5507543 | | SYNCB/FLOR, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5507558 | | TD RETAIL CARD SERVICES, PO BOX 100114, COLUMBIA, SC 29202-3114 |
| 5507561 | | UNITED STATES SENATE FCU, 1310 BRADDOCK PL., ALEXANDRIA, VA 22314-1691 |
| 5507562 | + | UPMC SUSQUEHANNA WILLIAMSPORT, 700 HIGH STREET, WILLIAMSPORT, PA 17701-3100 |
| 5510479 | + | United States Senate Federal Credit Union, Feldman & Associates, P.C., 451 Hungerford Dr., Ste. 210, Rockville, MD 20850-5124 |
| 5510745 | + | United States Senate Federal Credit Union, 1310 Braddock Place, Alexandria VA 22314-1648 |
| 5507565 | | WF EFS, PO BOX 84712, SIOUX FALLS, SD 57118-4712 |
| 5507566 | + | WOODLANDS BANK, 2450 E. 3RD STREET, WILLIAMSPORT, PA 17701-4082 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 09 2023 18:45:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5507494 | | Email/Text: customercare@adminrecovery.com | Jan 09 2023 18:44:00 | ADMIN RECOVERY, 6225 SHERIDAN DRIVE, STE. 118, WILLIAMSVILLE, NY 14221-4800 |
| 5507498 | | Email/Text: backoffice@affirm.com | Jan 09 2023 18:44:00 | AFFIRM, INC., 650 CALIFORNIA ST. FL. 12, SAN FRANCISCO, CA 94108-2716 |
| 5507499 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 09 2023 18:43:00 | BANK OF AMERICA, PO BOX 15019, |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | WILMINGTON, DE 19886-5019 |
| 5507500 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 09 2023 18:44:00 | BARCLAY'S BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5507501 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 09 2023 18:44:00 | BARCLAYS, PO BOX 13337, PHILADELPHIA, PA 19101-3337 |
| 5507502 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 09 2023 18:45:54 | BEST BUY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5510007 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 09 2023 18:43:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5507503 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 09 2023 18:44:00 | CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413-0848 |
| 5507504 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 09 2023 18:45:52 | CAPITAL ONE, PO BOX 71087, CHARLOTTE, NC 28272-1087 |
| 5507505 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 09 2023 18:46:01 | CITI CARDS, PO BOX 9001055, LOUISVILLE, KY 40290-1055 |
| 5507506 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 09 2023 18:46:01 | CITIBANK, PO BOX 6181, SIOUX FALLS, SD 57117-6181 |
| 5507508 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 09 2023 18:44:00 | COMENITY BANK BON TON, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5507510 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 09 2023 18:44:00 | COMENITY CAPITAL BANK, PO BOX 183003, COLUMBUS, OH 43218-3003 |
| 5507512 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jan 09 2023 18:43:00 | CREDIT CORP SOLUTIONS, 121 W. ELECTION ROAD, SUITE 200, DRAPER, UT 84020-7766 |
| 5507514 | + | Email/Text: SAABankruptcy@fcbanking.com | Jan 09 2023 18:44:00 | FIRST COMMONWEALTH BANK, 601 PHILADELPHIA STREET, INDIANA, PA 15701-3952 |
| 5507516 | | Email/Text: bk@freedomfinancialnetwork.com | Jan 09 2023 18:43:00 | FREEDOM PLUS, 1875 S. GRANT STREET, SUITE 400, SAN MATEO, CA 94402-2676 |
| 5507518 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2023 18:45:52 | JPMCB AUTO, PO BOX 901003, FORT WORTH, TX 76101-2003 |
| 5507519 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2023 18:45:52 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5511043 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 09 2023 18:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5512627 | + | Email/Text: RASEBN@raslg.com | Jan 09 2023 18:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5507520 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 09 2023 18:43:00 | KOHLS, PO BOX 1456, CHARLOTTE, NC 28201-1456 |
| 5507521 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 09 2023 18:43:00 | KOHLS/CAPONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5507522 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:51 | LOWE'S SYNCHRONY BANK, PO BOX 530914, ATLANTA, GA 30353-0914 |
| 5509256 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2023 18:45:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5507523 | | Email/Text: camanagement@mtb.com | Jan 09 2023 18:44:00 | M&T BANK, PO BOX 900, MILLSBORO, DE 19966-0900 |
| 5507524 | | Email/Text: camanagement@mtb.com | Jan 09 2023 18:44:00 | M&T BANK MORTGAGE, PO BOX 900, MILLSBORO, DE 19966-0900 |

| Recipient # | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5507525 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 09 2023 18:44:00 | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA STE. 100, SAN DIEGO, CA 92108-3007 |
| 5507526 | ^ | MEBN | Jan 09 2023 18:39:12 | MRS, 1930 OLNEY AVE, CHERRY HILL, NJ 08003-2016 |
| 5511959 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 09 2023 18:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5507527 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Jan 09 2023 18:44:00 | NATIONAL ENTERPRISE SYSTEMS, 2479 EDISON BLVD. UNIT A, TWINSBURG, OH 44087-2476 |
| 5507530 | ^ | MEBN | Jan 09 2023 18:39:23 | NORTHSTAR LOCATION SERVICES, LLC., 4285 GENESEE ST., CHEEKTOWAGA, NY 14225-1943 |
| 5507533 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:57 | OLD NAVY VISA/SYNCB, PO BOX 960017, ORLANDO, FL 32896-0017 |
| 5507534 | | Email/PDF: cbp@onemainfinancial.com | Jan 09 2023 18:45:45 | ONEMAIN FINANCIAL, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5507535 | | Email/Text: pcabkt@phillips-cohen.com | Jan 09 2023 18:44:00 | PHILLIPS & COHEN ASSOCIATES, LTD., MAIL 1002 JUSTISON ST. STOP 661, WILMINGTON, DE 19801-5148 |
| 5510261 | | Email/Text: bnc-quantum@quantum3group.com | Jan 09 2023 18:44:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5507536 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2023 18:45:54 | RESURGENT ACQUISITIONS, LLC., RESURGENT CAPITAL SERVICES, LP, 55 BEATTIE PL. STE. 110, GREENVILLE, SC 29601-5115 |
| 5507538 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 09 2023 18:44:00 | ROCKET MORTGAGE, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
| 5514966 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 09 2023 18:44:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5507540 | | Email/Text: DeftBkr@santander.us | Jan 09 2023 18:44:00 | SANTANDER BANK, NA, 450 PENN STREET, READING, PA 19602-1011 |
| 5507542 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 09 2023 18:46:01 | SEARS/CBNA, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 5507544 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:51 | SYNCB/HOME, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5507545 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:52 | SYNCB/JC PENNEY, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 5507546 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:51 | SYNCB/LL FLOORING, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5507547 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:51 | SYNCB/LOWES, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5507548 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:51 | SYNCB/PAYPAY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5507550 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:57 | SYNCB/SAM'S CLUB, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5507551 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:51 | SYNCB/SHOP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5507552 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:51 | SYNCB/WALMART, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5507554 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:58 | SYNCHRONY BANK, PO BOX 965004, ORLANDO, FL 32896-5004 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5507553 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:45 | SYNCHRONY BANK, PO BOX 965064, ORLANDO, FL 32896-5004 |
| 5507556 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:57 | SYNCHRONY BANK PAYPAL CREDIT, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5507557 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:57 | SYNCHRONY NETWORKS, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5507777 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5510464 | + | Email/Text: tdebn@credbankserv.com | Jan 09 2023 18:43:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5507559 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 09 2023 18:45:48 | THE HOME DEPOT/CITIBANK, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5507560 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:51 | TJX REWARDS/SYNCB, PO BOX 530948, ATLANTA, GA 30353-0948 |
| 5507563 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 09 2023 18:45:59 | WELLS FARGO NATIONAL BANK, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 5507564 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 09 2023 18:45:47 | WF BANK NA, PO BOX 14517, DES MOINES, IA 50306-3517 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | First Commonwealth Bank, successor in interest to, McGrath McCall, P.,C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 5507555 | * | SYNCHRONY BANK, PO BOX 965064, ORLANDO, FL 32896-5064 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 11, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Gary Wayne Darr, Esq | on behalf of Creditor First Commonwealth Bank successor in interest to Santander Bank, N.A. gdarr@lenderlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

| | |
|---|---|
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com |
| Scott A. Williams | on behalf of Debtor 1 David A. Ruch scottawilliams@verizon.net |
| Scott A. Williams | on behalf of Debtor 2 Kimberley A. Ruch scottawilliams@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| David A. Ruch,<br>aka David Alyn Ruch, | Chapter 13 |
| **Debtor 1** | Case No. 4:22−bk−02252−MJC |
| Kimberley A. Ruch, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**February 9, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: February 16, 2023<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 9, 2023 |

ntcnfhrg (08/21)