United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-02252-MJC |
| David A. Ruch | Chapter 13 |
| Kimberley A. Ruch | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 5 |
| Date Rcvd: Jan 09, 2023 | Form ID: pdf002 | Total Noticed: 87 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David A. Ruch, Kimberley A. Ruch, 319 Summer St., South Williamsport, PA 17702-6793 |
| 5507495 | | ADS/COMENITY/DNTFIRST, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5507496 | | ADS/COMENITY/GANDRMTMC, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5507497 | | ADS/COMNITY/WAYFAIR, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5507507 | + | CITIBANK/NA, 6065 Gull Road, KALAMAZOO, MI 49048-9433 |
| 5507509 | + | COMENITY BOSCOVS, PO BOX 650965, DALLAS, TX 75265-0965 |
| 5507511 | | COMENITY CARTERS CREDIT CARD, PO BOX 650113, DALLAS, TX 75265-0113 |
| 5507549 | | CYNSB/PPC, PO BOX 960061, ORLANDO, FL 32896-0061 |
| 5507513 | | FELDMAN & ASSOCIATES, P.C., 451 HUNGERFORD DRIVE, STE 210, ROCKVILLE, MD 20850-5124 |
| 5507515 | | FREDERIC I. WEINBERG & ASSOCIATES, P.C., 375 E. ELM STREET, STE 210, COSHOHOCKEN, PA 19428-1973 |
| 5508839 | + | First Commonwealth Bank, successor in interest to, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 5508838 | | Fist Commonwealth Bank, successor in interest to, Santander Bank, N.A., McGrath McCall, P.C., Four Gateway Center, Suite 1040 Pittsburgh, PA 15222 |
| 5507517 | + | JERSEY SHORE STATE BANK, 300 MARKET STREET, WILLIAMSPORT, PA 17701-6374 |
| 5507528 | | NAVIENT/SALLIE MAE, 175 SW TEMPLE STE 600, SALT LAKE CITY, UT 84101 |
| 5507529 | | NORDIC TRACK FINANCING, PO BOX 100270, COLUMBIA, SC 29202-3270 |
| 5507531 | + | NORTHWEST CONSUMER DISCOUNT, 460 RIVER AVENUE, WILLIAMSPORT, PA 17701-3723 |
| 5507532 | | OCWEN LOAN SERVICING, 3451 HAMMOND AVENUE, WATERLOO, IA 50702-5345 |
| 5507537 | | REVOC SOLUTIONS, PO BOX 2724, COLUMBUS, OH 43216-2724 |
| 5507539 | | SAMSUNG FINANCING, PO BOX 100114, COLUMBIA, SC 29202-3114 |
| 5507541 | | SANTANDER/CHRYSLER CAP., PO BOX 961212, FORT WORTH, TX 76161-0212 |
| 5507543 | | SYNCB/FLOR, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5507558 | | TD RETAIL CARD SERVICES, PO BOX 100114, COLUMBIA, SC 29202-3114 |
| 5507561 | | UNITED STATES SENATE FCU, 1310 BRADDOCK PL., ALEXANDRIA, VA 22314-1691 |
| 5507562 | + | UPMC SUSQUEHANNA WILLIAMSPORT, 700 HIGH STREET, WILLIAMSPORT, PA 17701-3100 |
| 5510479 | + | United States Senate Federal Credit Union, Feldman & Associates, P.C., 451 Hungerford Dr., Ste. 210, Rockville, MD 20850-5124 |
| 5510745 | + | United States Senate Federal Credit Union, 1310 Braddock Place, Alexandria VA 22314-1648 |
| 5507565 | | WF EFS, PO BOX 84712, SIOUX FALLS, SD 57118-4712 |
| 5507566 | + | WOODLANDS BANK, 2450 E. 3RD STREET, WILLIAMSPORT, PA 17701-4082 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 09 2023 18:45:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5507494 | | Email/Text: customercare@adminrecovery.com | Jan 09 2023 18:44:00 | ADMIN RECOVERY, 6225 SHERIDAN DRIVE, STE. 118, WILLIAMSVILLE, NY 14221-4800 |
| 5507498 | | Email/Text: backoffice@affirm.com | Jan 09 2023 18:44:00 | AFFIRM, INC., 650 CALIFORNIA ST. FL. 12, SAN FRANCISCO, CA 94108-2716 |
| 5507499 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 09 2023 18:43:00 | BANK OF AMERICA, PO BOX 15019, |

| Recipient # | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | WILMINGTON, DE 19886-5019 |
| 5507500 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 09 2023 18:44:00 | BARCLAY'S BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5507501 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 09 2023 18:44:00 | BARCLAYS, PO BOX 13337, PHILADELPHIA, PA 19101-3337 |
| 5507502 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 09 2023 18:45:48 | BEST BUY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5510007 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 09 2023 18:43:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5507503 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 09 2023 18:44:00 | CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413-0848 |
| 5507504 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 09 2023 18:45:58 | CAPITAL ONE, PO BOX 71087, CHARLOTTE, NC 28272-1087 |
| 5507505 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 09 2023 18:46:01 | CITI CARDS, PO BOX 9001055, LOUISVILLE, KY 40290-1055 |
| 5507506 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 09 2023 18:45:54 | CITIBANK, PO BOX 6181, SIOUX FALLS, SD 57117-6181 |
| 5507508 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 09 2023 18:44:00 | COMENITY BANK BON TON, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5507510 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 09 2023 18:44:00 | COMENITY CAPITAL BANK, PO BOX 183003, COLUMBUS, OH 43218-3003 |
| 5507512 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jan 09 2023 18:43:00 | CREDIT CORP SOLUTIONS, 121 W. ELECTION ROAD, SUITE 200, DRAPER, UT 84020-7766 |
| 5507514 | + | Email/Text: SAABankruptcy@fcbanking.com | Jan 09 2023 18:44:00 | FIRST COMMONWEALTH BANK, 601 PHILADELPHIA STREET, INDIANA, PA 15701-3952 |
| 5507516 | | Email/Text: bk@freedomfinancialnetwork.com | Jan 09 2023 18:43:00 | FREEDOM PLUS, 1875 S. GRANT STREET, SUITE 400, SAN MATEO, CA 94402-2676 |
| 5507518 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2023 18:45:59 | JPMCB AUTO, PO BOX 901003, FORT WORTH, TX 76101-2003 |
| 5507519 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2023 18:45:46 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5511043 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 09 2023 18:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5512627 | + | Email/Text: RASEBN@raslg.com | Jan 09 2023 18:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5507520 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 09 2023 18:43:00 | KOHLS, PO BOX 1456, CHARLOTTE, NC 28201-1456 |
| 5507521 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 09 2023 18:43:00 | KOHLS/CAPONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5507522 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:51 | LOWE'S SYNCHRONY BANK, PO BOX 530914, ATLANTA, GA 30353-0914 |
| 5509256 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2023 18:45:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5507523 | | Email/Text: camanagement@mtb.com | Jan 09 2023 18:44:00 | M&T BANK, PO BOX 900, MILLSBORO, DE 19966-0900 |
| 5507524 | | Email/Text: camanagement@mtb.com | Jan 09 2023 18:44:00 | M&T BANK MORTGAGE, PO BOX 900, MILLSBORO, DE 19966-0900 |

| Recipient # | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 5507525 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 09 2023 18:44:00 | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA STE. 100, SAN DIEGO, CA 92108-3007 |
| 5507526 | ^ | MEBN | Jan 09 2023 18:39:15 | MRS, 1930 OLNEY AVE, CHERRY HILL, NJ 08003-2016 |
| 5511959 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 09 2023 18:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5507527 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Jan 09 2023 18:44:00 | NATIONAL ENTERPRISE SYSTEMS, 2479 EDISON BLVD. UNIT A, TWINSBURG, OH 44087-2476 |
| 5507530 | ^ | MEBN | Jan 09 2023 18:39:25 | NORTHSTAR LOCATION SERVICES, LLC., 4285 GENESEE ST., CHEEKTOWAGA, NY 14225-1943 |
| 5507533 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:58 | OLD NAVY VISA/SYNCB, PO BOX 960017, ORLANDO, FL 32896-0017 |
| 5507534 | | Email/PDF: cbp@onemainfinancial.com | Jan 09 2023 18:45:45 | ONEMAIN FINANCIAL, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5507535 | | Email/Text: pcabkt@phillips-cohen.com | Jan 09 2023 18:44:00 | PHILLIPS & COHEN ASSOCIATES, LTD., MAIL 1002 JUSTISON ST. STOP 661, WILMINGTON, DE 19801-5148 |
| 5510261 | | Email/Text: bnc-quantum@quantum3group.com | Jan 09 2023 18:44:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5507536 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2023 18:45:48 | RESURGENT ACQUISITIONS, LLC., RESURGENT CAPITAL SERVICES, LP, 55 BEATTIE PL. STE. 110, GREENVILLE, SC 29601-5115 |
| 5507538 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 09 2023 18:44:00 | ROCKET MORTGAGE, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
| 5514966 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 09 2023 18:44:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5507540 | | Email/Text: DeftBkr@santander.us | Jan 09 2023 18:44:00 | SANTANDER BANK, NA, 450 PENN STREET, READING, PA 19602-1011 |
| 5507542 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 09 2023 18:46:01 | SEARS/CBNA, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 5507544 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:57 | SYNCB/HOME, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5507545 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:45 | SYNCB/JC PENNEY, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 5507546 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:51 | SYNCB/LL FLOORING, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5507547 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:57 | SYNCB/LOWES, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5507548 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:57 | SYNCB/PAYPAY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5507550 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:57 | SYNCB/SAM'S CLUB, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5507551 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:51 | SYNCB/SHOP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5507552 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:45 | SYNCB/WALMART, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5507554 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:57 | SYNCHRONY BANK, PO BOX 965004, ORLANDO, FL 32896-5004 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5507553 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:52 | SYNCHRONY BANK, PO BOX 965064, ORLANDO, FL 32896-5004 |
| 5507556 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:57 | SYNCHRONY BANK PAYPAL CREDIT, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5507557 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:52 | SYNCHRONY NETWORKS, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5507777 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5510464 | + | Email/Text: tdebn@credbankserv.com | Jan 09 2023 18:43:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5507559 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 09 2023 18:56:11 | THE HOME DEPOT/CITIBANK, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5507560 | | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 18:45:52 | TJX REWARDS/SYNCB, PO BOX 530948, ATLANTA, GA 30353-0948 |
| 5507563 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 09 2023 18:45:53 | WELLS FARGO NATIONAL BANK, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 5507564 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 09 2023 18:45:53 | WF BANK NA, PO BOX 14517, DES MOINES, IA 50306-3517 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | First Commonwealth Bank, successor in interest to, McGrath McCall, P.,C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 5507555 | * | SYNCHRONY BANK, PO BOX 965064, ORLANDO, FL 32896-5064 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Gary Wayne Darr, Esq | on behalf of Creditor First Commonwealth Bank successor in interest to Santander Bank, N.A. gdarr@lenderlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

| | |
|---|---|
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com |
| Scott A. Williams | on behalf of Debtor 1 David A. Ruch scottawilliams@verizon.net |
| Scott A. Williams | on behalf of Debtor 2 Kimberley A. Ruch scottawilliams@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

Rev. 12/01/19

## LOCAL BANKRUPTCY FORM 3015-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**Ruch, David A.**
**Ruch, Kimberley A.**

CHAPTER 13
CASE NO.

[X] ORIGINAL PLAN
[ ] AMENDED PLAN
    (Indicate 1st , 2nd , 3rd , etc.):
[ ] Number of Motions to Avoid Liens
[ ] Number of Motions to Value Collateral

### CHAPTER 13 PLAN

#### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | [ ] Included | [X] Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | [ ] Included | [X] Not included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | [ ] Included | [X] Not included |

#### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.    PLAN FUNDING AND LENGTH OF PLAN**

    **A. Plan Payments From Future Income**

        1. To date, the Debtor paid $ **0.00** (enter $0 if no payments have been made to the Trustee to

1

date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**92,436.00**, plus other payments and property stated in§ 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payments | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 1 | 60 | | | 1,540.60 | 92,436.00 |
| | | | | Total Payments: | 92,436.00 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: [ ] Debtor is at or under median income*If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*
   [X] Debtor is over median income. Debtor estimates that a minimum of $**0.00** must be paid to allowed unsecured, creditors in order to comply with the Means Test.

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**0.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

[X] No assets will be liquidated.*If this line is checked, the rest of § 1.B.2 and complete § 1.B.3 if applicable.*
[ ] Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $_____ from the sale of property known and designated as _____. All sales shall be completed by _____. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

2. **SECURED CLAIMS**

A. **Pre-Confirmation Distributions** *Check one.*

2

Rev. 12/01/19

[X] None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

**B. Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

[ ]None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

[X] Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| M&T Bank | 2021 Toyota Highlander | 13 |
| Rocket Mortgage | 319 Summer St, South Williamsport, PA 17702-6793 | 13 |

**C. Arrears (Including, but not limited to, claims secured by Debtor's principal residence).** *Check one.*

[X] None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

**D. Other secured claims (conduit payments and claims for which § 506 valuation is not applicable, etc.).**

[X] None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

**E. Secured claims for which a§ 506 valuation is applicable.** *Check one.*

[X] None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

**F. Surrender of Collateral** *Check one.*

[X] None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

**G. Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

[X] None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS**

Case 4:22-bk-02252-MJC    Doc 26    Filed 01/11/23    Entered 01/12/23 00:25:24    Desc
Imaged Certificate of Notice    Page 8 of 11

A. **Administrative Claims**

   1. <u>Trustee fees.</u>   Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. <u>Attorney fees</u> Complete only one of the following options:

   a.   In addition to the retainer of **$2,500.00** already paid by the Debtor, the amount of $ **0.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or (see fee agreement attached to petition)

   b.   $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. <u>Other.</u> Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

   [X] None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

B. **Priority Claims (including, certian Domestic Support Obligations**

   Allowed unsecured claims entitled to priority under§ 1322(a) will be paid in full unless modified under §9.

   | Name of Creditor | Estimated Total Payment |
   |---|---|
   | None | |

   C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

   [X] None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

   A. **Claims of Unsecured Nonpriority Creditors Specially Classified** *Check one of the following two lines.*

   [X] None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

   B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   [X] None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

4

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   - [X] plan confirmation.
   - [ ] entry of discharge.
   - [X] closing of case:

7. **DISCHARGE: (Check one)**

   [X] The debtor will seek a discharge pursuant to § 1328(a).
   [ ] The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

Level 1: **Adequate protection payments**
Level 2: **Debtor's attorney's fees**
Level 3: **Domestic Support Obligations**
Level 4: **Priority Claims, pro rata**
Level 5: **Secured claims, pro rata**
Level 6: **Specially classified unsecured claims**
Level 7: **General unsecured claims**
Level 8: **Untimely filed unsecured claims to which the debtor has not objected**

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

9. **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Rev. 12/01/19

Dated: 11/18/2022

_____
Attorney for Debtor

x _____
Debtor

x _____
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

6