# SCOTT A. WILLIAMS
*ATTORNEY AT LAW*
57 E. FOURTH STREET
P.O. BOX 3
WILLIAMSPORT, PENNSYLVANIA 17703-0003

SCOTT A. WILLIAMS

JOHN A. SMAY

AREA CODE (570) 323-8568
FAX: AREA CODE (570) 323-1155
E-MAIL: scott@williamsandsmay.com
www.scottalvinwilliams.com

CHARLES SCOTT WILLIAMS
(1906 - 1966)

January 23, 2023

U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

    Re:    David and Kimberley Ruch
             No. 4:22-02252

Dear Sir or Madam:

    Please amend the creditor matrix to correct the address for the following:

    1. WF EFS, PO BOX 84712, SIOUX FALLS, SD 57118-4712 should be changed to WF EFS, 301 E. 58th Street, Sioux Falls, SD 57104. **Our office has mailed the notice of confirmation hearing from the Bankruptcy Court to the revised address.**

    Thank you.

Sincerely,

*[signature]*
Scott A. Williams

SAW/vaf
cc client