# LOCAL BANKRUPTCY FORM 9013-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
DAVID A. RUCH and KIMBERLEY
A. RUCH

:     CHAPTER ___13___
:
:     CASE NO. _4_-_22_-bk-_02252___
:
:

**Debtor(s)**
JACK N. ZAHAROPOULOS,
STANDING CHAPTER 13 TRUSTEE

:     ADVERSARY NO. __-__ ap-_____
:     (if applicable)
:
:

**Plaintiff(s)/Movant(s)**
**vs.**
DAVID A. RUCH AND KIMBERLEY A.
RUCH

:     Nature of Proceeding: _____
:
:     CONFIRMATION HEARING
:
:

**Defendant(s)/Respondent(s)** :     Document #: _____

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Attorney for Debtors is out of the state on February 16, 2023. Concurrence of Chapter 13 Trustee has been given as has concurrence of attorney of other objectant, Rocket Mortgage.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: _2-10-23_

_Scott A. Williams_

Attorney for Debtors
Name: _Scott A. Williams, Esquire_
Phone Number: _570-323-8568_

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.