UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DAVID A. RUCH and KIMBERLEY
A. RUCH,
Debtors

Case No. 4:22-02252

## DEBTORS' MOTION TO VOLUNTARILY DISMISS AND WITHDRAW BANKRUPTCY

TO THE HONORABLE BANKRUPTCY JUDGE:

DAVID A. RUCH and KIMBERLEY A. RUCH, debtors herein, by SCOTT A. WILLIAMS, ESQUIRE, their attorney, hereby withdraw their bankruptcy petition in the above captioned matter and request that the same be voluntarily dismissed and all monies paid by debtors to trustee be refunded, less administrative expenses.

Jack N. Zaharopoulos, Trustee, is not opposed to this Motion.

WHEREFORE, the debtors move this Honorable Court to allow Debtors to withdraw their bankruptcy, have monies refunded that were paid to trustee, less administrative expenses, and cancel debtor's appearance at confirmation scheduled for March 16, 2023.

Respectfully Submitted,

Scott A. Williams, Esquire
Attorney for Debtors
I.D. #07576
57 East Fourth Street, PO Box 3
Williamsport, PA 17703
(570) 323-8568

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| DAVID A. RUCH and KIMBERLEY A. RUCH, Debtor | : Case No. 4:22-02252 |

### CERTIFICATION OF SERVICE OF MOTION TO WITHDRAW

SCOTT A. WILLIAMS, ESQUIRE, attorney for Debtors, hereby certifies that I have served the foregoing Motion to Withdraw upon:

Jack N. Zaharopoulos, Trustee
Twecf@pamd13trustee.com

Gary Wayne Darr, Esq on behalf of Creditor First Commonwealth Bank, successor in interest to Santander Bank, N.A.
gdarr@lenderlaw.com

Michael Patrick Farrington on behalf of Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC
mfarrington@kmllawgroup.com

Brian Nicholas on behalf of Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC
bnicholas@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

**and upon the creditors as listed on the list attached hereto and made a part hereof and marked Exhibit A.**

Respectfully Submitted,

_____
Scott A. Williams, Esquire
Attorney for Debtors
ID#07576
57 East Fourth Street, PO Box 3
Williamsport, PA 17703
(570) 323-8568