UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DAVID A. RUCH and KIMBERLEY
A. RUCH,                              Case No. 4:22-02252
Debtors

## AMENDED
## DEBTORS' MOTION TO VOLUNTARILY DISMISS AND WITHDRAW BANKRUPTCY

TO THE HONORABLE BANKRUPTCY JUDGE:

DAVID A. RUCH and KIMBERLEY A. RUCH, debtors herein, by SCOTT A. WILLIAMS, ESQUIRE, their attorney, hereby withdraw their bankruptcy petition in the above captioned matter and request that the same be voluntarily dismissed and all monies paid by debtors to trustee be refunded, less administrative expenses.

Jack N. Zaharopoulos, Trustee, is not opposed to this Motion.

WHEREFORE, the debtors move this Honorable Court to allow Debtors to withdraw their bankruptcy, have monies refunded that were paid to trustee, less administrative expenses, and cancel debtor's appearance at confirmation scheduled for March 16, 2023.

Respectfully Submitted,

Scott A. Williams, Esquire
Attorney for Debtors
I.D. #07576
57 East Fourth Street, PO Box 3
Williamsport, PA 17703
(570) 323-8568

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| DAVID A. RUCH and KIMBERLEY A. RUCH, | : Case No. 4:22-02252 |
| Debtor | : |

### CERTIFICATION OF SERVICE OF MOTION TO WITHDRAW

SCOTT A. WILLIAMS, ESQUIRE, attorney for Debtors, hereby certifies that I have served the foregoing Motion to Withdraw upon:

Jack N. Zaharopoulos, Trustee

Twecf@pamd13trustee.com

Gary Wayne Darr, Esq on behalf of Creditor First Commonwealth Bank, successor in interest to Santander Bank, N.A.
gdarr@lenderlaw.com

Michael Patrick Farrington on behalf of Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC
mfarrington@kmllawgroup.com

Brian Nicholas on behalf of Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC
bnicholas@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

and upon the creditors as listed on the list attached hereto and made a part hereof and marked Exhibit A.

Respectfully Submitted,

Scott A. Williams, Esquire

Attorney for Debtors

ID#07576

57 East Fourth Street, PO Box 3

Williamsport, PA 17703

(570) 323-8568

EXHIBIT A

ADMIN RECOVERY
6225 SHERIDAN DRIVE, STE. 118
WILLIAMSVILLE, NY 14221-4800

ADS/COMENITY/DNTFIRST
PO BOX 182120
COLUMBUS, OH 43218-2120

ADS/COMENITY/GANDRMTMC
PO BOX 182789
COLUMBUS, OH 43218-2789

ADS/COMNITY/WAYFAIR
PO BOX 182789
COLUMBUS, OH 43218-2789

AFFIRM, INC.
650 CALIFORNIA ST. FL. 12
SAN FRANCISCO, CA 94108-2716

BANK OF AMERICA
PO BOX 15019
WILMINGTON, DE 19886-5019

BARCLAY'S BANK DELAWARE
PO BOX 8803
WILMINGTON, DE 19899-8803

BARCLAYS
PO BOX 13337
PHILADELPHIA, PA 19101-3337

BEST BUY/CBNA
PO BOX 6497
SIOUX FALLS, SD 57117-6497

CAINE & WEINER
PO BOX 55848
SHERMAN OAKS, CA 91413-0848

CAPITAL ONE
PO BOX 71087
CHARLOTTE, NC 28272-1087

CITI CARDS
PO BOX 9001055
LOUISVILLE, KY 40290-1055

CITIBANK
PO BOX 6181
SIOUX FALLS, SD 57117-6181

CITIBANK/NA
6900 BEATRICE DRIVE
KALAMAZOO, MI 49009-9559

COMENITY BANK BON TON
PO BOX 182789
COLUMBUS, OH 43218-2789

COMENITY BOSCOVS
PO BOX 650965
DALLAS, TX 75201-0965

COMENITY CAPITAL BANK
PO BOX 183003
COLUMBUS, OH 43218-3003

COMENITY CARTERS CREDIT CARD
PO BOX 650113
DALLAS, TX 75265-0113

CREDIT CORP SOLUTIONS
121 W. ELECTION ROAD, SUITE 200
DRAPER, UT 84020-7766

FELDMAN & ASSOCIATES, P.C.
451 HUNGERFORD DRIVE, STE 210
ROCKVILLE, MD 20850-5124

FIRST COMMONWEALTH BANK
601 PHILADELPHIA STREET
INDIANA, PA 15701-3903

FREDERIC I. WEINBERG & ASSOCIATES, P.C.
375 E. ELM STREET, STE 210
COSHOHOCKEN, PA 19428-1973

FREEDOM PLUS
1875 S. GRANT STREET, SUITE 400
SAN MATEO, CA 94402-2676

JERSEY SHORE STATE BANK
300 MARKET STREET
WILLIAMSPORT, PA 17701

JPMCB AUTO
PO BOX 901003
FORT WORTH, TX 76101-2003

JPMCB CARD
PO BOX 15369
WILMINGTON, DE 19850-5369

KOHLS
PO BOX 1456
CHARLOTTE, NC 28201-1456

KOHLS/CAPONE
PO BOX 3115
MILWAUKEE, WI 53201-3115

LOWE'S SYNCHRONY BANK
PO BOX 530914
ATLANTA, GA 30353-0914

M&T BANK
PO BOX 900
MILLSBORO, DE 19966-0900

M&T BANK MORTGAGE
PO BOX 900
MILLSBORO, DE 19966-0900

MIDLAND CREDIT MANAGEMENT
350 CAMINO DE LA REINA STE. 100
SAN DIEGO, CA 92108-3003

MRS
1930 OLNEY AVE
CHERRY HILL, NJ 08003-2016

NATIONAL ENTERPRISE SYSTEMS

2479 EDISON BLVD. UNIT A
TWINSBURG, OH 44087-2476

NAVIENT/SALLIE MAE
175 SW TEMPLE STE 600
SALT LAKE CITY, UT 84101

NORDIC TRACK FINANCING
PO BOX 100270
COLUMBIA, SC 29202-3270

NORTHSTAR LOCATION SERVICES, LLC.
4285 GENESEE ST.
CHEEKTOWAGA, NY 14225-1943

NORTHWEST CONSUMER DISCOUNT
460 RIVER AVENUE
WILLIAMSPORT, PA 17701-3723

OCWEN LOAN SERVICING
3451 HAMMOND AVENUE
WATERLOO, IA 50702-5345

OLD NAVY VISA/SYNCB
PO BOX 960017
ORLANDO, FL 32896-0017

ONEMAIN FINANCIAL
PO BOX 1010
EVANSVILLE, IN 47706-1010

PHILLIPS & COHEN ASSOCIATES, LTD.
MAIL 1002 JUSTISON ST. STOP 661
WILMINGTON, DE 19801-5148

RESURGENT ACQUISITIONS, LLC.
RESURGENT CAPITAL SERVICES, LP
55 BEATTIE PL. STE. 110
GREENVILLE, SC 29601-5115

REVCO SOLUTIONS
PO BOX 2724
COLUMBUS, OH 43216-2724

ROCKET MORTGAGE

1050 WOODWARD AVENUE
DETROIT, MI 48226-1906

SAMSUNG FINANCING
PO BOX 100114
COLUMBIA, SC 29202-3114

SANTANDER BANK, NA
450 PENN STREET
READING, PA 19602-1011

SANTANDER/CHRYSLER CAP.
PO BOX 961212
FORT WORTH, TX 76161-0212

SEARS/CBNA
PO BOX 6217
SIOUX FALLS, SD 57117-6217

SYNCB/FLOR
PO BOX 965036
ORLANDO, FL 32896-5036

SYNCB/HOME
PO BOX 965036
ORLANDO, FL 32896-5036

SYNCB/JC PENNEY
PO BOX 965007
ORLANDO, FL 32896-5007

SYNCB/LL FLOORING
PO BOX 965036
ORLANDO, FL 32896-5036

SYNCB/LOWES
PO BOX 965005
ORLANDO, FL 32896-5005

SYNCB/PAYPAY
PO BOX 965005
ORLANDO, FL 32896-5005

SYNCB/PPC
PO BOX 960061

ORLANDO, FL 32896-0061

SYNCB/SAM'S CLUB
PO BOX 965005
ORLANDO, FL 32896-5005

SYNCB/SHOP
PO BOX 965005
ORLANDO, FL 32896-5005

SYNCB/WALMART
PO BOX 965005
ORLANDO, FL 32896-5005

SYNCHRONY BANK
PO BOX 965004
ORLANDO, FL 32896-5004

SYNCHRONY BANK
PO BOX 965004
ORLANDO, FL 32896-5004

SYNCHRONY BANK
PO BOX 965064
ORLANDO, FL 32896-5064

SYNCHRONY BANK PAYPAL CREDIT
PO BOX 965004
ORLANDO, FL 32896-5004

SYNCHRONY NETWORKS
PO BOX 965036
ORLANDO, FL 32896-5036

TD RETAIL CARD SERVICES
PO BOX 100114
COLUMBIA, SC 29202-3114

THE HOME DEPOT/CITIBANK
PO BOX 6497
SIOUX FALLS, SD 57117-6497

TJX REWARDS/SYNCB
PO BOX 530948
ATLANTA, GA 30353-0948

UNITED STATES SENATE FCU
1310 BRADDOCK PL.
ALEXANDRIA, VA 22314-1691

UPMC SUSQUEHANNA WILLIAMSPORT
700 HIGH STREET
WILLIAMSPORT, PA 17701

WELLS FARGO NATIONAL BANK
PO BOX 14517
DES MOINES, IA 50306-3517

WF BANK NA
PO BOX 14517
DES MOINES, IA 50306-3517

WF EFS
PO BOX 84712
SIOUX FALLS, SD 57118-4712

WOODLANDS BANK
2450 E. 3RD STREET
WILLIAMSPORT, PA 17701-4006