UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DAVID A. RUCH and KIMBERLEY A. RUCH,
Debtor

Case No. 4:22-02252

## ORDER GRANTING WITHDRAWAL AND DISMISSAL

Upon consideration of the motion of Debtors to withdraw their bankruptcy and have the same dismissed in the above-captioned case under Chapter 13, it is hereby ORDERED and DECREED that this case be and hereby is hereby withdrawn dismissed and debtors' appearance at the confirmation hearing scheduled for March 16, 2023 be cancelled and that all fees paid by Debtors to Trustee be refunded.