United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David A. Ruch  
Kimberley A. Ruch  
    Debtors

Case No. 22-02252-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 5  
Date Rcvd: Feb 22, 2023      Form ID: pdf010      Total Noticed: 93

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David A. Ruch, Kimberley A. Ruch, 319 Summer St., South Williamsport, PA 17702-6793 |
| 5507495 | | ADS/COMENITY/DNTFIRST, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5507496 | | ADS/COMENITY/GANDRMTMC, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5507497 | | ADS/COMNITY/WAYFAIR, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5507507 | + | CITIBANK/NA, 6065 Gull Road, KALAMAZOO, MI 49048-9433 |
| 5507509 | + | COMENITY BOSCOVS, PO BOX 650965, DALLAS, TX 75265-0965 |
| 5507511 | | COMENITY CARTERS CREDIT CARD, PO BOX 650113, DALLAS, TX 75265-0113 |
| 5507549 | | CYNSB/PPC, PO BOX 960061, ORLANDO, FL 32896-0061 |
| 5507513 | | FELDMAN & ASSOCIATES, P.C., 451 HUNGERFORD DRIVE, STE 210, ROCKVILLE, MD 20850-5124 |
| 5507515 | | FREDERIC I. WEINBERG & ASSOCIATES, P.C., 375 E. ELM STREET, STE 210, COSHOHOCKEN, PA 19428-1973 |
| 5508839 | + | First Commonwealth Bank, successor in interest to, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 5508838 | | Fist Commonwealth Bank, successor in interest to, Santander Bank, N.A., McGrath McCall, P.C., Four Gateway Center, Suite 1040 Pittsburgh, PA 15222 |
| 5507517 | + | JERSEY SHORE STATE BANK, 300 MARKET STREET, WILLIAMSPORT, PA 17701-6374 |
| 5507528 | | NAVIENT/SALLIE MAE, 175 SW TEMPLE STE 600, SALT LAKE CITY, UT 84101 |
| 5507529 | | NORDIC TRACK FINANCING, PO BOX 100270, COLUMBIA, SC 29202-3270 |
| 5507531 | + | NORTHWEST CONSUMER DISCOUNT, 460 RIVER AVENUE, WILLIAMSPORT, PA 17701-3723 |
| 5507532 | | OCWEN LOAN SERVICING, 3451 HAMMOND AVENUE, WATERLOO, IA 50702-5345 |
| 5507537 | | REVOC SOLUTIONS, PO BOX 2724, COLUMBUS, OH 43216-2724 |
| 5507539 | | SAMSUNG FINANCING, PO BOX 100114, COLUMBIA, SC 29202-3114 |
| 5507541 | | SANTANDER/CHRYSLER CAP., PO BOX 961212, FORT WORTH, TX 76161-0212 |
| 5507543 | | SYNCB/FLOR, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5518086 | | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5507558 | | TD RETAIL CARD SERVICES, PO BOX 100114, COLUMBIA, SC 29202-3114 |
| 5507561 | | UNITED STATES SENATE FCU, 1310 BRADDOCK PL., ALEXANDRIA, VA 22314-1691 |
| 5507562 | + | UPMC SUSQUEHANNA WILLIAMSPORT, 700 HIGH STREET, WILLIAMSPORT, PA 17701-3100 |
| 5510745 | + | United States Senate Federal Credit Union, 1310 Braddock Place, Alexandria VA 22314-1648 |
| 5510479 | + | United States Senate Federal Credit Union, Feldman & Associates, P.C., 451 Hungerford Dr., Ste. 210, Rockville, MD 20850-5124 |
| 5507565 | + | WF EFS, 301 E. 58th Street, Sioux Falls, SD 57104-0422 |
| 5507566 | + | WOODLANDS BANK, 2450 E. 3RD STREET, WILLIAMSPORT, PA 17701-4082 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 22 2023 18:49:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5507494 | | Email/Text: customercare@adminrecovery.com | Feb 22 2023 18:43:00 | ADMIN RECOVERY, 6225 SHERIDAN DRIVE, STE. 118, WILLIAMSVILLE, NY 14221-4800 |
| 5507498 | | Email/Text: backoffice@affirm.com | Feb 22 2023 18:43:00 | AFFIRM, INC., 650 CALIFORNIA ST. FL. 12, SAN FRANCISCO, CA 94108-2716 |
| 5507499 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 22 2023 18:43:00 | BANK OF AMERICA, PO BOX 15019, WILMINGTON, DE 19886-5019 |
| 5507500 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 22 2023 18:43:00 | BARCLAY'S BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5507501 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 22 2023 18:43:00 | BARCLAYS, PO BOX 13337, PHILADELPHIA, PA 19101-3337 |
| 5507502 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2023 18:48:52 | BEST BUY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5510007 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 22 2023 18:43:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5507503 | | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 22 2023 18:43:00 | CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413-0848 |
| 5507504 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2023 18:48:56 | CAPITAL ONE, PO BOX 71087, CHARLOTTE, NC 28272-1087 |
| 5507505 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2023 18:48:57 | CITI CARDS, PO BOX 9001055, LOUISVILLE, KY 40290-1055 |
| 5507506 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2023 18:48:57 | CITIBANK, PO BOX 6181, SIOUX FALLS, SD 57117-6181 |
| 5507508 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 22 2023 18:43:00 | COMENITY BANK BON TON, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5507510 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 22 2023 18:43:00 | COMENITY CAPITAL BANK, PO BOX 183003, COLUMBUS, OH 43218-3003 |
| 5507512 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Feb 22 2023 18:43:00 | CREDIT CORP SOLUTIONS, 121 W. ELECTION ROAD, SUITE 200, DRAPER, UT 84020-7766 |
| 5507514 | + | Email/Text: SAABankruptcy@fcbanking.com | Feb 22 2023 18:43:00 | FIRST COMMONWEALTH BANK, 601 PHILADELPHIA STREET, INDIANA, PA 15701-3952 |
| 5507516 | | Email/Text: bk@freedomfinancialnetwork.com | Feb 22 2023 18:43:00 | FREEDOM PLUS, 1875 S. GRANT STREET, SUITE 400, SAN MATEO, CA 94402-2676 |
| 5519035 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 22 2023 18:43:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5507518 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2023 18:49:01 | JPMCB AUTO, PO BOX 901003, FORT WORTH, TX 76101-2003 |
| 5507519 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2023 18:48:51 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5511043 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 22 2023 18:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5512627 | + | Email/Text: RASEBN@raslg.com | Feb 22 2023 18:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5507520 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 22 2023 18:43:00 | KOHLS, PO BOX 1456, CHARLOTTE, NC 28201-1456 |
| 5507521 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 22 2023 18:43:00 | KOHLS/CAPONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5507522 | | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 18:48:56 | LOWE'S SYNCHRONY BANK, PO BOX 530914, ATLANTA, GA 30353-0914 |
| 5509256 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2023 18:48:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5507523 | | Email/Text: camanagement@mtb.com | Feb 22 2023 18:43:00 | M&T BANK, PO BOX 900, MILLSBORO, DE 19966-0900 |

| | | | | |
|---|---|---|---|---|
| 5507524 | | Email/Text: camanagement@mtb.com | Feb 22 2023 18:43:00 | M&T BANK MORTGAGE, PO BOX 900, MILLSBORO, DE 19966-0900 |
| 5507525 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 22 2023 18:43:00 | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA STE. 100, SAN DIEGO, CA 92108-3007 |
| 5507526 | ^ | MEBN | Feb 22 2023 18:41:32 | MRS, 1930 OLNEY AVE, CHERRY HILL, NJ 08003-2016 |
| 5511959 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 22 2023 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5507527 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Feb 22 2023 18:43:00 | NATIONAL ENTERPRISE SYSTEMS, 2479 EDISON BLVD. UNIT A, TWINSBURG, OH 44087-2476 |
| 5507530 | ^ | MEBN | Feb 22 2023 18:41:34 | NORTHSTAR LOCATION SERVICES, LLC., 4285 GENESEE ST., CHEEKTOWAGA, NY 14225-1943 |
| 5507533 | | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 18:48:56 | OLD NAVY VISA/SYNCB, PO BOX 960017, ORLANDO, FL 32896-0017 |
| 5507534 | | Email/PDF: cbp@onemainfinancial.com | Feb 22 2023 18:48:56 | ONEMAIN FINANCIAL, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5507535 | | Email/Text: pcabkt@phillips-cohen.com | Feb 22 2023 18:43:00 | PHILLIPS & COHEN ASSOCIATES, LTD., MAIL 1002 JUSTISON ST. STOP 661, WILMINGTON, DE 19801-5148 |
| 5519217 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2023 18:48:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5510261 | | Email/Text: bnc-quantum@quantum3group.com | Feb 22 2023 18:43:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5517301 | | Email/Text: bnc-quantum@quantum3group.com | Feb 22 2023 18:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5507536 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2023 18:48:56 | RESURGENT ACQUISITIONS, LLC., RESURGENT CAPITAL SERVICES, LP, 55 BEATTIE PL. STE. 110, GREENVILLE, SC 29601-5115 |
| 5507538 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 22 2023 18:43:00 | ROCKET MORTGAGE, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
| 5514966 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 22 2023 18:43:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5507540 | | Email/Text: DeftBkr@santander.us | Feb 22 2023 18:43:00 | SANTANDER BANK, NA, 450 PENN STREET, READING, PA 19602-1011 |
| 5507542 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2023 18:48:57 | SEARS/CBNA, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 5507544 | | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 18:48:52 | SYNCB/HOME, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5507545 | | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 18:49:02 | SYNCB/JC PENNEY, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 5507546 | | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 18:49:01 | SYNCB/LL FLOORING, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5507547 | | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 18:49:01 | SYNCB/LOWES, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5507548 | | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 18:48:56 | SYNCB/PAYPAY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5507550 | | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 18:48:56 | SYNCB/SAM'S CLUB, PO BOX 965005, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5507551 | | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 18:48:56 | SYNCB/SHOP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5507552 | | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 18:49:01 | SYNCB/WALMART, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5507554 | | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 18:48:56 | SYNCHRONY BANK, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5507553 | | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 18:49:02 | SYNCHRONY BANK, PO BOX 965064, ORLANDO, FL 32896-5004 |
| 5507556 | | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 18:48:51 | SYNCHRONY BANK PAYPAL CREDIT, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5507557 | | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 18:48:51 | SYNCHRONY NETWORKS, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5507777 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 18:48:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5510464 | + | Email/Text: tdebn@credbankserv.com | Feb 22 2023 18:43:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5507559 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2023 18:48:52 | THE HOME DEPOT/CITIBANK, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5507560 | | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 18:48:56 | TJX REWARDS/SYNCB, PO BOX 530948, ATLANTA, GA 30353-0948 |
| 5517212 | ^ | MEBN | Feb 22 2023 18:41:38 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5517213 | ^ | MEBN | Feb 22 2023 18:41:38 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5507563 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 22 2023 18:49:01 | WELLS FARGO NATIONAL BANK, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 5507564 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 22 2023 18:49:01 | WF BANK NA, PO BOX 14517, DES MOINES, IA 50306-3517 |

TOTAL: 64

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | First Commonwealth Bank, successor in interest to, McGrath McCall, P.,C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 5507555 | * | SYNCHRONY BANK, PO BOX 965064, ORLANDO, FL 32896-5064 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 5 of 5 |
| Date Rcvd: Feb 22, 2023 | Form ID: pdf010 | Total Noticed: 93 |

Date: Feb 24, 2023　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com |
| Gary Wayne Darr, Esq | on behalf of Creditor First Commonwealth Bank  successor in interest to Santander Bank, N.A. gdarr@lenderlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com |
| Scott A. Williams | on behalf of Debtor 1 David A. Ruch scottawilliams@verizon.net |
| Scott A. Williams | on behalf of Debtor 2 Kimberley A. Ruch scottawilliams@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
:
DAVID A. RUCH : Case No. 4:22-02252-MJC
and KIMBERLEY A. RUCH, :
    Debtors. :

## ORDER GRANTING WITHDRAWAL AND DISMISSAL

Upon consideration of the motion of Debtors to withdraw their bankruptcy and have the same dismissed in the above-captioned case under Chapter 13, Dkt. # 32 ("Motion"), it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED** and this case be and is hereby **DISMISSED.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 22, 2023